**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: bheikali@faruqilaw.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA KLEINFELDT, Derivatively on Behalf of Nominal Defendant, NATURAL HEALTH TRENDS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CHRIS T. SHARNG, GEORGE K. BROADY, KIN Y. CHUNG, RANDALL A. MASON, CHRISTOPHER R. O'BRIEN, and TIMOTHY S. DAVIDSON, <br><br> Defendants, <br><br> And <br><br> NATURAL HEALTH TRENDS CORP. <br><br> Nominal Defendant. | Case No. 2:16-cv-01547 <br><br> **PLAINTIFF'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 23.1(c), and upon the Stipulation of Settlement dated and filed with the Court on March 9, 2018 (Docket No. 35) (the "Stipulation"),[1] plaintiff Angela Kleinfeldt ("Plaintiff Kleinfeldt"), derivatively on behalf of Natural Health Trends Corp. ("NHTC" or "the Company"), respectfully submits this unopposed Motion, which moves this Court for entry of an Order in the form attached as Exhibit B to the Stipulation (the Parties' proposed "Preliminary Approval Order"):

    1.    Granting preliminary approval of the proposed Settlement on the terms set forth in the Stipulation;

    2.    Approving the proposed substance and form of the Notice, attached as Exhibit B-1 to the Stipulation;

    3.    Preliminarily approving Plaintiffs' Counsel's mutually agreed upon Fee and Expense Award; and

    4.    Scheduling a date for the Final Hearing on the Settlement.

The Parties' proposed Preliminary Approval Order includes blanks for the date and time of the Settlement Hearing, which the Court must complete in order to properly effectuate the Settlement. In this regard, Plaintiff and Defendants request the following schedule, if the Court preliminarily approves the Settlement:

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Stipulation.

| Event | Time for Compliance |
|---|---|
| Deadline for publishing the Notice via a press release, filing the Notice in a Current Report on a Form 8-K with the U.S. Securities and Exchange Commission, and posting the Notice together with the Stipulation on NHTC's corporate website | Not later than ten (10) calendar days following the entry of the Preliminary Approval Order |
| Deadline for filing of papers in support of the final approval of Settlement and the Fee and Expense Award | At least twenty-eight (28) calendar days prior to the Final Hearing |
| Deadline for any objections by NHTC Shareholders to the Settlement to be filed with the Court | At least twenty-one (21) calendar days prior to the Final Hearing |
| Deadline for filing of any response to objections, if any, by NHTC Shareholders | At least seven (7) calendar days prior to the Final Hearing |
| Final Hearing date | Fifty-five (55) calendar days after entry of the Preliminary Approval Order, or later at the Court's convenience |

Each of the dates for the events set forth above are tied either to the entry of the proposed Preliminary Approval Order or to the Final Hearing date, the latter of which Plaintiff Kleinfeldt respectfully requests to be scheduled approximately fifty-five (55) days after the entry of the Preliminary Approval Order, or at a later date at the Court's convenience. If this schedule is not convenient for the Court, Plaintiff Kleinfeldt requests that the Court utilize similar time intervals for the events in completing the proposed Preliminary Approval Order.

For the reasons set forth in the Stipulation, this Motion, and the accompanying Memorandum of Points and Authorities in Support thereof, Plaintiff Kleinfeldt respectfully requests that the Court find that the proposed Settlement merits preliminary approval and enter the Preliminary Approval Order.

| | |
|---|---|
| 1 | Dated: March 22, 2018 |
| 2 | By: */s/ Stuart J. Guber* |
| 3 | Stuart J. Guber (*pro hac vice*) |
|  | **FARUQI & FARUQI, LLP** |
| 4 | 101 Greenwood Avenue, Suite 600 |
| 5 | Jenkintown, PA 19046 |
|  | Telephone: (215) 277-5770 |
| 6 | Email: sguber@faruqilaw.com |

Benjamin Heikali, SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Email: bheikali@faruqilaw.com

*Counsel for Plaintiff Angela Kleinfeldt*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed with the Clerk of the Court via the CM/ECF system on March 22, 2018, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the U.S. District Court for the Central District of California.

By: */s/ Stuart J. Guber*
Stuart J. Guber